IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JAN VAN GELDER,<br><br>            Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY LIFE<br>ASSURANCE COMPANY,<br><br>            Defendant | §§§§§§§§§§§ Civil Action No. 1:16-CV-00090-BL |

## ORDER

Based on the Notice of Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) (Doc. 17) signed by counsel for both parties, the Court dismisses this action with prejudice as provided by Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own costs and expenses.

Dated June 30, 2017.

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE